The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELVIN JOHNNY LOPEZ-CRUZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. CV18-1575JLR<br><br>[~~PROPOSED~~] ORDER STRIKING RESPONSE [DOCKET 6] AND DIRECTING GOVERNMENT TO FILE AMENDED RESPONSE TO PETITION ON OR BEFORE DECEMBER 31, 2018 |

Based upon the motion of the United States, and the representations made therein, and good cause having been shown:

IT IS HEREBY ORDERED that the Government's Response to the Motion [Docket 6] is hereby STRICKEN.

//
//

ORDER STRIKING RESPONSE AND DIRECTING AMENDED RESPONSE - 1
CV18-1575

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 2:18-cv-01575-JLR   Document 7-1   Filed 12/18/18   Page 2 of 2

IT IS FURTHER ORDERED that the Government shall file and serve an Amended Response to the Petitioner's Motion on or before December 31, 2018, in accordance with the procedures set out in the Court's Order Directing Service [Docket 4].

DATED this 22nd day of December, 2018.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Siddharth Velamoor*
SIDDHARTH VELAMOOR
Assistant United States Attorney

ORDER STRIKING RESPONSE AND DIRECTING AMENDED RESPONSE - 2
CV18-1575

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970